

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-89,771-02

### EX PARTE ROBERT LEE DELACRUZ, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 6179-A IN THE 100TH DISTRICT COURT
### FROM CHILDRESS COUNTY

*Per curiam.*

### O R D E R

Applicant pleaded guilty to possession of a controlled substance in exchange for seven years' deferred adjudication community supervision. He was later adjudicated guilty and sentenced to fifty years' imprisonment. The Seventh Court of Appeals dismissed his appeal at Applicant's request. *Delacruz v. State*, No. 07-18-00017 (Tex. App. — Amarillo July 17, 2018) (not designated for publication). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

On November 4, 2020, this Court remanded this matter to the trial court to obtain affidavits and findings addressing Applicant's claims of ineffective assistance of counsel and involuntary plea. On November 29, 2021, this Court received the supplemental record after remand. The

supplemental record included findings of fact and conclusions of law from the trial court, which made reference to an affidavit from trial counsel. However, that affidavit was not included in the supplemental record.

On December 2, 2021, this Court ordered the district clerk to supplement the record by either forwarding to this Court a copy of trial counsel's affidavit, or certifying in writing that the affidavit is not part of the record. The clerk was ordered to respond within thirty days from the date of the order but the clerk has not responded to this Court's order.

We remand this application to the trial court, which shall ensure that the habeas record is supplemented with a copy of trial counsel's affidavit and any other relevant documents, including any other affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. See Tex. R. App. P. 73.4(b)(4). The trial court shall respond within thirty days from the date of this order. Any extensions of time must be requested by the trial court and obtained from this Court.

Filed: April 13, 2022
Do not publish